# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 82

In the Interest of M.M., a Child

| | |
|---|---|
| State of North Dakota, by and through | |
| Williams County Social Services, | Petitioner and Appellee |
| v. | |
| M.M., a child; M.M, Mother, | Respondents |
| and | |
| J.J., Father, | Respondent and Appellant |

## No. 20200054

Appeal from the Juvenile Court of Williams County, Northwest Judicial District, the Honorable Paul W. Jacobson, Judge.

AFFIRMED.

Per Curiam.

Marlyce A. Wilder, Assistant State's Attorney, Williston, ND, for petitioner and appellee.

Benjamin C. Pulkrabek, Mandan, ND, for respondent and appellant.

**Interest of M.M.**
No. 20200054

**Per Curiam.**

[¶1] J.J., M.M.'s father, appealed from a juvenile court judgment terminating his parental rights to M.M. The juvenile court found M.M. is deprived, the conditions and causes of the deprivation are likely to continue, M.M. has suffered or will probably suffer serious physical, mental, or emotional harm, and the child has been in constant care for at least 450 nights out of the last 660 nights. *See* N.D.C.C. § 27-20-44(1)(c)(1) and (2). On appeal, J.J. argues there was not clear and convincing evidence to support a termination of his parental rights, and he received ineffective assistance of counsel from his trial attorney. We conclude the juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. Regarding his ineffective assistance of counsel claim, the face of the record does not establish that J.J.'s counsel was ineffective under the guidelines in *State v. T.L.*, 2008 ND 131, ¶ 31, 751 N.W.2d 677. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2] Jon J. Jensen, C.J.
Daniel J. Crothers
Gerald W. VandeWalle
Jerod E. Tufte
Lisa Fair McEvers